AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    21-CV-1986 |
| EZ Lynk, SEZC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                    .

Date:    12/10/2021

/s/ Zachary Bannon
*Attorney's signature*

AUSA Zachary Bannon
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street, 3rd floor
New York, NY 10007

*Address*

zachary.bannon@usdoj.gov
*E-mail address*

(212) 637-2728
*Telephone number*

(212) 637-2686
*FAX number*