USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

EZ LYNK SEZC, PRESTIGE WORLDWIDE SEZC, THOMAS WOOD, and BRADLEY GINTZ,

               Defendants.

1:21-cv-1986 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that discovery in this case is STAYED pending resolution of the parties' competing motions.  The Clerk of Court is respectfully requested to close the letter motions at docket entries 30, 36, 59, and 60.

**SO ORDERED.**

Date:  January 14, 2022
      New York, NY

*[signature]*

**MARY KAY VYSKOCIL**
**United States District Judge**