

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 12, 2026

**<u>VIA ECF</u>**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

6/17/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

>    Re:    *United States of America v. EZ Lynk SEZC, et al.*, No. 21 Civ. 1986 (MKV)

Dear Judge Lehrburger:

This Office represents the United States of America (the "United States" or the "Government"), the plaintiff in the above-referenced Clean Air Act case brought against EZ Lynk SEZC, Bradley Gintz, and Thomas Wood (together, "Defendants"). We write pursuant to Rule III.G and the Appendix of Your Honor's Individual Rules to request permission to temporarily seal exhibits to two letters raising discovery disputes. The exhibits are documents that either have been designated by Defendants as confidential under the protective order entered in this case, *see* ECF No. 111, or are documents the Government recently produced that Defendants may wish to designate as confidential. Accordingly, the Government requests temporarily sealing to allow Defendants the opportunity to review these documents and for the parties to confer about whether any portion of them should be permanently sealed following the procedure described in Your Honor's Individual Rules.

We thank the Court for its attention to this letter.

>    Respectfully,
>
>    JAY CLAYTON
>    United States Attorney for the
>    Southern District of New York
>
> By:    */s/ Harry Fidler*
>    JENNIFER JUDE
>    HARRY K. FIDLER
>    MALLIKA BALACHANDRAN
>    Assistant United States Attorneys
>    86 Chambers Street, 3rd floor
>    New York, NY 10007
>    Tel:    (212) 637-2800

cc: All counsel by ECF