

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 17, 2026

Granted.

SO ORDERED:

6/18/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**<u>VIA ECF</u>**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States of America v. EZ Lynk SEZC, et al.*, No. 21 Civ. 1986 (MKV)

Dear Judge Lehrburger:

This Office represents the United States of America (the "United States" or the "Government"), the plaintiff in the above-referenced Clean Air Act case brought against EZ Lynk SEZC, Bradley Gintz, and Thomas Wood (together, "Defendants"). We write pursuant to Rule III.G and the Appendix of Your Honor's Individual Rules to request permission to temporarily seal exhibits to a letter relating to the parties' dispute about Cayman Islands discovery. The exhibits are documents that have been filed under seal in the Cayman Islands Grand Court. Accordingly, the Government requests temporarily sealing while Defendants await an order from the Grand Court permanently sealing the documents in that court and for the parties to confer about whether any portion of them should be permanently sealed in this Court following the procedure described in Your Honor's Individual Rules.

We thank the Court for its attention to this letter.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/ Mallika Balachandran*
        JENNIFER JUDE
        HARRY K. FIDLER
        MALLIKA BALACHANDRAN
        RACHEL KROLL
        Assistant United States Attorneys
        86 Chambers Street, 3rd floor
        New York, NY 10007
        Tel:    (212) 637-2800

cc: All counsel by ECF