UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITES STATES OF AMERICA,                         :
                                                  :
                              Plaintiff,          :        21-CV-1986 (MKV) (RWL)
                                                  :
           - against -                            :
                                                  :                **ORDER**
EZ LYNK SEZC; PRESTIGE WORLDWIDE                  :
SEZC; THOMAS WOOD; and BRADLEY                    :
GINTZ,                                            :
                                                  :
                              Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Defendants' letter motion to compel Plaintiff to produce a 30(b)(6) deposition witness to address two topics.  (Dkt. 134.)  The two topics address the "capabilities and uses" of Defendants' own products.

The application is denied principally for the reasons set forth in Plaintiff's opposition.  (Dkt. 141.)  The topics at issue essentially seek Plaintiff's understanding of what Defendants already know — i.e., the capabilities and uses of its own products.  Defendants purport to solicit "facts" but do not identify what facts Plaintiff could possibly know about the capabilities and use of Defendants' own products that Defendants do not already know.  The topics are a thinly disguised attempt to obtain Plaintiff's contentions and analysis of Defendants' products.

Courts have upheld objections to 30(b)(6) deposition notices of this nature.  *See, e.g.*, *Liveperson, Inc. v. 24/7 Customer, Inc.*, No. 14-CV-1559, 2015 WL 4597546, at *7 (S.D.N.Y. July 30, 2015); *Nycomed U.S. Inc. v. Glenmark Generics Ltd.*, No. 08-CV-5023, 2009 WL 3463912, at *1 (E.D.N.Y. Oct. 21, 2009); *Securities and Exchange Commission v. Rosenfeld*, No. 97-CV-1467, 1997 WL 576021, at *4 (S.D.N.Y. Sept. 16, 1997).  The

Local Rules of this District recognize that a party's contentions may be sought through interrogatories at the conclusion of all other discovery.  *See* SDNY Local Rule 33.3(c).  And, the Court does not categorically reject the use of 30(b)(6) testimony to obtain a party's contentions in appropriate circumstances.  In this instance, however, the Court finds no reason to depart from authorities like those cited above.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 134.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

2