UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> - v. - <br><br> EZ LYNK, SEZC; PRESTIGE WORLDWIDE, SEZC; BRADLEY GINTZ; and THOMAS WOOD, <br><br> Defendants. | No. 21 Civ. 1986 (MKV) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this matter hereby stipulate that the above-captioned matter is dismissed with prejudice.  Each party to bear its own costs and attorney's fees.

Dated: July 10, 2026
      New York, New York

Dated: July 10, 2026
      New York, New York

BAKER BOTTS LLP

*[signature]*

BRENDAN QUIGLEY
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2520
brendan.quigley@bakerbotts.com
*Attorneys for Defendants*

JAY CLAYTON
United States Attorney
Southern District of New York

*[signature]*

JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
(212) 637-2695
jeffrey.oestericher@usdoj.gov
*Attorney for United States of America*

Dated: July 10, 2026
      Washington, DC


BOURELLY, GEORGE & BRODEY PLLC


ANDREW THOMAS GEORGE
1050 30TH St. NW
Washington, DC 20007
(202) 753-5012
andrew.george@bgblawyers.com
*Attorneys for Defendants*

2